#193                                                                                                      #0584-11151

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUREGN LEBOUEF**<br>**ISAIAH VERDIN, AND**<br>**SERGIO LEBOUEF**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, L.L.C.**<br>**AND DYNAMIC OFFSHORE**<br>**RESOURCES, L.L.C.** | CIVIL ACTION NO: 2:12-cv-2927<br><br>SECTION "I"<br><br>JUDGE LANCE M. AFRICK<br><br>DIVISION "1"<br><br>MAG. JUDGE SALLY SHUSHAN |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, REC Marine Logistics, L.L.C., Dynamic Offshore Resources, LLC and Kilgore Marine Services, LLC, and submit their Witness and Exhibit List in accord with this Court's Scheduling Order.

## WITNESS LIST

1. Suregn LeBouef

2. Justin Phillips

3. Victor Daigle

4. Rusty Herrelson

5. Joseph Sylvester

6. Darren Tuvell

7. Shawn Labouve, Sr.

8. Any crewmember onboard the platform at Main Pass 188 at the time of the alleged accident.

9. A representative(s) of REC Marine Logistics, LLC

10. A representative(s) of Kilgore Marine Services, LLC

11. A representative(s) of Dynamic Offshore Resources, LLC

12. Dr. Robert W. Davis

13. Dr. Jake Bordelon

14. Dr. Christopher Cenac, Jr.

15. Dr. Bradley Bartholomew

16. Dr. Malcom Shupeck and/or a representative(s) of Open MRI of Louisiana

17. Dr. Patrick Walker and/or a representative(s) of Houma Health Clinic

18. Dr. Roger Blanchard

19. A representative(s) of Leonard J. Chabert Medical Center

20. A representative(s) of Terrebonne General Medical Center

21. Any and all other physicians and/or health care professionals who have treated plaintiff in connection with the alleged injuries sustained.

22. Nancy Favaloro and/or another vocational rehabilitation expert to be determined.

23. Dr. Kenneth Boudreaux and/or another economist to be determined.

24. A liability expert to be determined.

25. Any witness listed or identified by any other party.

26. Any expert(s) identified by any other party.

27. Any witness needed to authenticate any document or evidence introduced at trial.

28. Any witness needed for rebuttal or impeachment.

29. Any witness identified through further discovery.

REC Marine Logistics, LLC, Dynamic Offshore Resources, LLC and Kilgore Marine Services, LLC reserve the right to supplement this Witness List as discovery proceeds.

**EXHIBIT LIST**

1. Any and all medical records of Suregn LeBouef, including, but not limited to, those from:

    a. Medical records from Dr. Robert W. Davis

    b. Medical records from Dr. Jake Bordelon and/or Houma-Thibodeaux Spine & Rehabilitation

    c. Medical records from Dr. Jake Bordelon

    d. Medical records from Dr. Christopher Cenac, Jr.

  e. Medical records from Dr. Bradley Bartholomew

  f. Medical records from Dr. Malcom Shupeck and/or Open MRI of Louisiana

  g. Medical records from Dr. Patrick Walker and/or Houma Health Clinic

  h. Medical records from Dr. Roger Blanchard

  i. Medical records from Leonard J. Chabert Medical Center

  j. Medical records from Terrebonne General Medical Center

2. Any and all pharmacy records of plaintiff

3. Suregn LeBouef's personnel file.

4. REC Marine Logistics, LLC's accident report completed following plaintiff's alleged accident.

5. Dynamic Offshore Resources' accident report completed following plaintiff's alleged accident.

6. Handwritten statement of Justin Phillips

7. Handwritten and typed statements of plaintiff

8. Handwritten statement of Joseph Sylvester

9. Handwritten statement of Darren Tuvell

10. Documents pertaining to plaintiff's claim for disability insurance benefits under a policy of insurance provided by Lincoln Financial Group.

11. Any and all vessel logs for the time period in question.

12. Plaintiff's IRS records

13. Plaintiff's Social Security Earnings records and other records from the Social Security Administration

14. Any and all photographs taken or produced by any party to this litigation

15. Main Pass 118 Personnel On Board List

16. Gulf Crane Services, Inc. Crane/Service Reports

17. Brokerage Agreement between Kilgore Marine Services, Inc. and REC Marine Logistics, LLC

18. Master Time Charter Agreement between Kilgore Marine Services, Inc. and SPN Resources, LLC, and any other associated documents

19. Dynamic Job Safety Analysis (JSA) form from date of the alleged accident

20. Plaintiff's payroll and earnings records

21. Employment records from plaintiff's prior employers

22. Invoices from REC Marine to Kilgore Marine dated 11/30/2011 and 12/31/2011

23. All Answers to Interrogatories and Responses to Requests for Production of Documents produced by any party, along with attachments and/or exhibits.

24. Any depositions, including any and all exhibits to depositions taken in connection with this matter.

25. Any and all exhibits necessary for rebuttal, impeachment, or

authentication purposes.

26. Any and all exhibits listed or sought to be introduced by any other party to this litigation.

27. Any exhibit which is identified through further discovery.

REC Marine Logistics, LLC, Dynamic Offshore Resources, LLC and Kilgore Marine Services, LLC reserve the right to supplement this Exhibit List as discovery proceeds.

                Respectfully submitted,

                /s/ Salvador J. Pusateri
                Salvador J. Pusateri, T.A. (#21036)
                Kyle A. Khoury (#33216)
                JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
                701 Poydras St., Ste. 4700
                New Orleans, LA 70139
                Telephone: (504) 528-3001
                Facsimile: (504) 528-3030
                Attorneys for REC Marine Logistics, LLC,
                Dynamic Offshore Resources, LLC and Kilgore
                Marine Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by hand delivery, facsimile transmission, or by placing same in the United States mail, properly addressed and postage prepaid on this 21st day of January, 2014.

*/s/ Salvador J. Pusateri*_____