**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SURCGNLEBOUEF,** **ISAIAH VERDIN, AND** **SERGIO LEBOUEF** | **CIVIL ACTION NO.: 12-2927** **SECTION "I" DIVISION "1")** |
| **VERSUS** | **JUDGE: AFRICK** |
| **REC MARINE LOGISTICS, L.L.C. AND DYNAMIC OFFSHORE RESOURCES, L.L.C.** | **MAGISTRATE JUDGE: SHUSHAN** |

# PLAINTIFFS' LIST OF WITNESSES AND EXHIBITS

**NOW INTO COURT**, through undersigned counsel, come the Claimants, SurcgnLeBouef, individually and on behalf of his minor children, Isaiah Verdin and Sergio LeBouef, who respectfully submit the following list of witnesses:

**A.    LIST OF WITNESSES:**

1. SurcgnLeBouef
   Plaintiff who will testify regarding the events and circumstances giving rise to this litigation, being the father of the named minor children, economic loss, damages suffered, and other relevant facts.

2. Isaiah Verdin
   Plaintiff who will testify regarding being the child of SurcgnLeBouef and damages his father has suffered as a result thereof.

3. Sergio LeBouef
   Plaintiff who will testify regarding being the child of SurcgnLeBouef and damages his father has suffered as a result thereof.

4. Representative of Gulf Cane Services, Inc.
   Defendant's agent who will testify regarding its company's policies and procedures with regard to safety, loading and unloading objects by crane, training its' crane operators, rules and procedures with regard to its' crane operator, Joseph Sylvester's employment history, training, certifications, qualifications, and other relevant matters with regard to its company and Joseph Sylvester.

5. Representative of REC Marine Logistics, L.L.C.
   Defendant's agent who will testify regarding its company's policies and procedures with regard to safety and other relevant matters, Claimant's past income with its company and employment's benefits, and other relevant matters thereof.

6. Shawn LeBaure
   Foreman who will testify regarding the events and circumstances giving rise to this litigation.

7. Darren Turvell
   Crewmember who will testify regarding the events and circumstances giving rise to this litigation.

8. Representative of Dynamic Offshore Resources, L.L.C.
   Defendant's agent who will testify regarding its company's policies and procedures with regard to safety, loading and unloading objects on and off its' vessels, ownership of vessel, location of vessel, and other relevant facts.

9. Joseph Sylvester
   Employee of Gulf Crane Services, Inc. who will testify to his qualification, certifications, schooling, training, work history, events and circumstances giving rise to this litigation, and other relevant facts.

10. Justin Philips
    Crewmember who will testify regarding the events and circumstances giving rise to this litigation.

11. Dr. Bradley Bartholomew
    Medical expert witness who will testify regarding the medical treatment of SurcgnLeBouef.

12. Dr. Robert W. Davis
    Medical expert witness who will testify regarding the medical treatment of SurcgnLeBouef.

13. Dr. Jake Bordelon
    Medical expert witness who will testify regarding the medical treatment of SurcgnLeBouef.

14. Dr. Chris Cenac, Jr.
    Medical expert witness who will testify regarding the medical treatment of SurcgnLeBouef.

15. Representative of Open MRI of Louisiana
    Witness who will testify regarding SurcgnLeBouef's MRI and costs thereof.

16. Representative of Dr. Bradley Bartholomew
    Witness who will testify regarding the medical costs of SurcgnLeBouef.

17. Representative of Houma Spine & Rehab/Dr. Jake Bordelon
    Witness who will testify regarding the medical costs of SurcgnLeBouef.

18. Representative of Houma Orthopedic Clinic/Dr. Chris Cenac, Jr.
    Witness who will testify regarding the medical costs of SurcgnLeBouef.

19. Representative of OMS
    Witness who will testify regarding the medical costs of SurcgnLeBouef.

20. Any other witness who may have information relative to this matter who may be identified through discovery.

21. Any witness who may be used for rebuttal purposes and/or impeachment purposes and is undetermined at this time.

22. Any witness identified by any other party.

**B.     LIST OF EXHIBITS:**

1. Medical records of SurcgnLeBouef from Dr. Bradley Bartholomew;

2. Medical records of SurcgnLeBouef from OMS/Dr. Robert Davis;

3. Medical records of SurcgnLeBouef from Houma Spine & Rehabilitation;

4. Medical records of SurcgnLeBouef from Houma Orthopedic Clinic/Dr. Chris Cenac, Jr.;

5. Medical records of SurcgnLeBouef from Open MRI;

6. A copy of SurcgnLeBouef's income tax returns for the year of 2009. 2010, and 2011;

7. A copy of SurcgnLeBouef's "Payroll Transaction Detail" from REC Marine Logistics, L.L.C.;

8. A copy of SurcgnLeBouef's school records;

9. A copy of Sergcn LeBouef's employment record from REC Marine Logistics, L.L.C.;

10. A copy of Sergcn LeBouef's "Lafourche Merchant Marine Training Services, Inc.," "Apprentice Mate (Steersman) Western Rivers Navigation (FLETCH-34)," and "Apprentice Mate (Steersman) (FLETCH-31);"

11. A copy of "Certificate of Live Birth" of Isaiah Verdin and Sergio LeBouef;

12. A copy of Dynamic Offshore Resources, L.L.C.'s "Alleged Personal Incident Report Vessel Incident Report," "Incident Reporting," and statements given by Darren Tuvell and Joseph Sylvester;

13. A copy of Dynamic Offshore Resource's Job Safety Analysis;

14. A copy of "Master Service Agreements" between SPN Resources/a Dynamic Offshore Resources Subsidiary and Kilgore Marine Services, Inc. dated May 9, 2007;

15. A copy of "Master Time Charter Agreement" between Kilgore Marine Services, Inc. and SPN Resources, L.L.C.;

16. A copy of "Master Service Agreement" between REC Marine Logistics, L.L.C. and SPN Resources, L.L.C. dated June 5, 2007;

17. A copy of "Master Service Agreement" between Gulf Crane Services, Inc. and Dynamic Offshore Resources, L.L.C. dated August 31, 2010;

18. Surcgn LeBouef's denial letter for Social Security's Disability Insurance by Social Security Administration;

19. A copy of documents regarding The Lincoln National Life Insurance Company, disability insurance for Surcgn LeBouef;

20. A copy of statements given by Plaintiff, Rusty—last name not readable, and Justin Phillips;

21. Any and all pleadings, interrogatories, and request for production of documents with responses thereto; and

22. Any and all exhibits listed and/or utilized by any other party.

Respectfully Submitted,

**LAW OFFICES OF MICHAEL J. SAMANIE**

**BY:** */S/ Stephen S. Stipelcovich*
**STEPHEN S. STIPELCOVICH(#27301)**
7836 Park Ave.
Houma, LA 70364
Phone No. (985) 868-8223
***Attorney for Plaintiffs,* SurcgnLeBouef, individually and on behalf of his minor children, Isaiah Verdin and Sergio LeBouef**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SURCGNLEBOUEF AND ASHLEY LYNN BONVILLAIN TYE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, BRYANT JAMES TYE AND JOHNATHAN O'NEAL TYE | * * * * | CIVIL ACTION NO. 2:12-cv-02179  JUDGE: CARL J. BARBIER |
| VERSUS | * * | |
| JAKE'S FIREWORKS, INC. | | MAG.: DANIEL E. KNOWLES, III |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21ST day of January, 2014, a copy of the foregoing "Plaintiffs' List of Witnesses" was delivered electronically and, additionally, a copy of this document was placed into the U.S. Mail, postage prepaid and properly addressed, to all counsel of record in this matter.

    Mr. Salvador J. Pusateri
    JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
    701 Poydras Street, Ste. 4700
    New Orleans, LA 70139

    Mr. Bradley J. Schlotterer
    KEAN MILLER, LLP
    909 Poydras Street, Suite 1400
    New Orleans, LA 70112

    Jonathan L. Woods
    102 Versailles Blvd., Suite 400
    Lafayette, LA 70509

Houma, Louisiana, this 21ST day of January, 2014.

                                       **LAW OFFICES OF MICHAEL J. SAMANIE**

                                       */S/ Stephen S. Stipelcovich*
                                       **STEPHEN S. STIPELCOVICH (#27301)**